UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOHAMMAD ABOUAKAR | : | CIVIL ACTION NO.: |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| RED THREAD SPACES, LLC | : | |
| *Defendant* | : | June 30, 2021 |

## COMPLAINT

**FIRST COUNT:**

1. At all times relevant thereto, the Plaintiff, Mohammad Abouakar, is an individual residing in West Haven, Connecticut, who was employed by the Defendant, Red Thread Spaces, LLC as Director, Field Operations & Move Services for 22-1/2 years The Plaintiff is a Lebanese male, over 61 years of age and of Muslim faith.

2. At all times relevant hereto, the Defendant was doing business in North Haven, Connecticut.

3. On November 13, 2020, Plaintiff was terminated from Red Thread, LLC in North Haven, Connecticut after 22 years of service due to unlawful discrimination based on his place of birth, race, ethnic origin, age and religion. Plaintiff is a 61 year old Lebanese, Muslim male who was a high-income producer and generated high sales revenue for the company. Plaintiff was discriminated against in violation of the Civil Rights Acts of 1866, 1871, 1964 and 1991, 42 U.S.C. §1985, et seq, the Age Discrimination in Employment Act of 1967, 29 U.S.C. 621 to 623 (including Amendment contained in Older Workers' Benefit Protection Act, Public Law 101-433 [1990]), and the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S.§§ 46A-60(a)(1&4).

4.  On or about December 30, 2020, Plaintiff filed a Complaint or Charge with the Connecticut Commission on Human Rights and Opportunities (hereinafter "**CHRO**") and Equal Employment Opportunities Commission (herein "**EEOC**"), alleging Discrimination based on race, age, place of birth, religious creed and national origin, in violation of the Civil Rights Acts of 1866, 1871, 1964 and 1991, 42 U.S.C. §1985- et seq, the Age Discrimination in Employment Act of 1967, 29 U.S.C. 621 to 623 (including Amendment contained in Older Workers' Benefit Protection Act, Public Law 101-433 [1990]), and the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S.§§ 46A-60(a)(1&4).

5.  A copy of the Charge of Discrimination is attached hereto as Exhibit "A". Plaintiff obtained a Release of Jurisdiction, dated May 24, 2021, giving him until August 24, 2021 to file a lawsuit against the Defendant. (A copy of Release of Jurisdiction is attached hereto as Exhibit "B".) This Action is timely filed inter-alia, as an employment discrimination, racial/ethnic discrimination, religious creed discrimination, and national origin discrimination case in this court, as they are Federal questions.

**SECOND COUNT:**

1-5.  Paragraphs 1 through 5 are repeated and realleged.

6.  Plaintiff was discriminated against, treated differently from other employees based on his race, ethnicity, age and religion in violation of the Civil Rights Acts of 1866, 1871, 1964 and 1991, 42 U.S.C. §1985- et seq, the Age Discrimination in Employment Act of 1967, 29 U.S.C. 621 to 623 (including Amendment contained in

Older Workers' Benefit Protection Act, Public Law 101-433 [1990]), and the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S.§§ 46A-60(a)(1&4).

## THIRD COUNT:

1-6. Paragraphs 1 through 6 of Count Two are repeated and realleged.

7. The acts and Practices of the Defendants violated C.G.S.§§ 46a-60(a)(1&4), the Connecticut Fair Employment Practices Act.

8. The Plaintiff has been damaged thereby.

*A Jury Trial is demanded.*

*Hereof fail not but of this writ with your doings thereon make due service and return according to law.*

Dated: June 30, 2021
Stratford, Connecticut

THE PLAINTIFF,
MOHAMMAD ABOUAKAR

By: _____
Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT  06614
Tele. No.: (203) 375-2222
Fax No.:   (203) 378-5263
E-Mail:    beck and beck@sbcglobal.net
Federal Bar #CT08701

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOHAMMAD ABOUAKAR<br>*Plaintiff* | : | CIVIL ACTION NO.: |
| v. | : | |
| RED THREAD SPACES, LLC<br>*Defendant* | : | June 30, 2021 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND ($15,000.00) DOLLARS or more, exclusive of interest and costs.

THE PLAINTIFF,
MOHAMMAD ABOUAKAR

By: _____
Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT  06614
Tele. No.: (203) 375-2222
Fax No.: (203) 378-5263
E-Mail:   beck and beck@sbcglobal.net
Federal Bar #CT08701

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOHAMMAD ABOUAKAR<br>*Plaintiff* | : | CIVIL ACTION NO.: |
| v. | : | |
| RED THREAD SPACES, LLC<br>*Defendant* | : | June 30, 2021 |

### JURY TRIAL DEMAND

The Plaintiff, *Mohammad Abouakar*, demands Trial by Jury.

THE PLAINTIFF,
MOHAMMAD ABOUAKAR

By: /s/ Kenneth A. Beck

Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT 06614
Tele. No.: (203) 375-2222
Fax No.: (203) 378-5263
E-Mail: beckandbeck@sbcglobal.net
Federal Bar #CT08701

# EXHIBIT "A"

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

### AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

| FOR CHRO USE ONLY | |
|---|---|
| Case No. 2130297 | Date: 12/30/20 |
| EEOC No. | |

My name is: MOHAMMAD A. ABOUAKAR
My mailing address is: 12 Riverview Terrace, WestHaven - CT 06516
My telephone number is: (203) 906 6763
My email address is: mohammdabouakar@gmail.com
The respondent is: Redthread Spaces LLC
Whose business address is: 297 State Street, NorthHaven, CT 06473

I was ...
(Include the date of the actions taken against you. If ongoing, write "ongoing".)

- ☒ discriminated against in terms and conditions
- ☒ terminated  11/13/20
- ☐ suspended
- ☐ placed on probation
- ☐ demoted
- ☐ warned
- ☐ given a poor evaluation
- ☐ denied a raise
- ☐ less trained
- ☐ denied an office
- ☒ denied equal service(s)
- ☐ other:

- ☒ not hired/promoted
- ☐ given unequal duties
- ☐ harassed
- ☐ sexually harassed
- ☐ earning different pay
- ☐ constructively discharged
- ☐ retaliated against
- ☐ transferred
- ☐ given difficult assignment
- ☐ not recalled

I believe that my...
(Identify the protected class status you believe you were discriminated against because of)

- ☒ Race
- ☐ Color
- ☒ Religious creed
- ☒ Age
- ☐ Gender identity/expression
- ☐ Marital status
- ☒ National origin
- ☐ Sex: ☐ Male ☐ Female
- ☐ Ancestry
- ☐ Other:
- ☐ Previous opposition to discriminatory conduct

- ☐ Mental disability
- ☐ Intellectual disability
- ☐ Learning disability
- ☐ Physical disability
- ☐ Veteran status
- ☐ Prior criminal conviction
- ☐ Sexual orientation
- ☐ Pregnancy
- ☐ Lawful source of income
- ☐ Genetic information

Was/Were in part a factor(s) in this action.

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

**THIS SECTION TO BE FILLED OUT BY CHRO STAFF**

The respondent violated the following statutes and acts listed below, as amended, enforced through CONN. GEN. STAT. § 46a-58(a) if applicable:

- [x] CONN. GEN. STAT. § 46a-60(b)(1)
- [ ] CONN. GEN. STAT. § 46a-60(b)(4)
- [ ] CONN. GEN. STAT. § 46a-60(b)(5)
- [ ] CONN. GEN. STAT. § 46a-60(b)(7)
- [ ] CONN. GEN. STAT. § 46a-60(b)(8)
- [ ] CONN. GEN. STAT. § 46a-64
- [ ] CONN. GEN. STAT. § 46a-70
- [ ] CONN. GEN. STAT. § 46a-71
- [ ] CONN. GEN. STAT. § 46a-80
- [ ] CONN. GEN. STAT. § 46a-81

- [x] Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 (cite for 15 or more individuals employed)
- [x] Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 (cite for 20 or more individuals employed)
- [ ] Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.
- [ ] Equal Pay Act of 1964, U.S.C. § 206
- [ ] Section 504 of the Rehabilitation Act of 1973

- [ ] Other _____

## AFFIDAVIT OF MOHAMMAD ABOUAKAR

I, Mohammad Abouakar, being duly sworn, hereby depose and state as follows:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. My date of birth is August 4, 1959. I am 61-1/2 years old.

3. I was born in Lebanon;

4. My religion is Muslim;

5. I earned two BA degrees and a Masters degree in engineering at the University of Bridgeport;

6. I was hired on May 4, 1998 by BKM Total Office, which became Red Thread;

8. The company is broken down by department. My department was furniture. My position was Director, Field Operations & Move Services;

9. I was terminated on November 13, 2020;

10. The reason given for my layoff was a decrease in business due to Covid-19;

11. I do not agree with that. I have brought in more business after Covid-19 than before;

12. I believe I was discriminated against by the company in the following ways:

    a. Chris Jackman (Black, African American) was given a Director position 2-3 years ago.

    b. I started as a project manager and promoted to Director of Field Operations & Move Services about 18 years ago. I have not been given a raise since.

    c. In April 2020, Chris Jackman was promoted and made my boss. I felt that this was racial. Jackman has always been hostile to me. I believe this is ethnic or religious bigotry.

    d. I tried to call Senior V.P of Sales, V.P. of Teasury (person that does commission) many times, but noone called me back. I did not call Human Resources because I knew nothing would happen and I feared I would lose my job.

e. Jackman treated me differently than other managers. He questioned my expense report, while no one else was and he openly accused me and former VP of embezzlement in a meeting. I tried to speak to him many times about jobs and he was not receptive. He never involved me in any Operations issues. All Operations employees started treating me differently after he became Director;

f. The company took my longstanding accounts away from me and made them house accounts, and split my commission among other sales people. This did not happen to anyone else, to my knowledge;

g. I believe this is because I am close to retirement age;

h. The company offered one of my co-workers, who was there 23 years, 12 weeks of severance pay to retire early at 66 years old, he was let go the same day I was;

i. I was told there was no money for me for severance;

j. The company has said publicly that they are doing very well now. I was in a meeting two weeks before my termination and they stated that. One week after termination I was told by other employees they had a town hall meeting and they stated they were profitable every month for the last five months; and

k. The company has been discriminating against me because of my religion and ethnic background. They have told me not to use my legal name, Mohammed. A top executive actually told me I should change my name – I thought it was a joke.

_Mohammad Abouakar_
Mohammad Abouakar

Sworn to before me this
30th day of December, 2020

_Janet A. Noschese_
Notary Public

JANET A NOSCHESE
NOTARY PUBLIC
MY COMMISSION EXPIRES 7/31/2022

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above-cited laws and secure for me any remedy to which I may be entitled.

Mohammed Abuakar being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated in _2020_ on this _30th_ day of _December_

_Mohammad Abuakar_
Complainant's Signature

Subscribed and sworn before me on _12/30/2020_
Date

_Janet A. Noschese_
Notary Public/Commissioner of the Superior Court

My commission expires: _7/31/2022_

JANET A. NOSCHESE
NOTARY PUBLIC
MY COMMISSION EXPIRES 7/31/2022

(Law mail out complaint w/EEOC 01/01/10)

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| | PERSON FILING CHARGE<br><br>**Mohammad Abouakar**<br><br>THIS PERSON (check one or both)<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s) |
| REDTHREAD SPACES LLC<br>297 State Street<br>North Haven, CT 06473 | EEOC CHARGE NO.<br>**16A-2021-00399**<br>FEPA CHARGE NO.<br>**2130297** |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See the enclosed for additional information)

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☐ Title VII of the Civil Rights Act (Title VII)   ☐ The Equal Pay Act (EPA)   ☐ The Americans with Disabilities Act (ADA)

☒ The Age Discrimination in Employment Act (ADEA)   ☐ The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____ (FEP Agency)

☒ The   Connecticut Comm. On Human Rights & Opportunities   and sent to EEOC for dual filing purposes.
(FEP Agency)

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

☐ Race  ☐ Color  ☐ Sex  ☐ Religion  ☐ National Origin  ☒ Age  ☐ Disability  ☐ Retaliation  ☐ Genetic Information  ☐ Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| January 21, 2021 | Judy A. Keenan,<br>District Director | |

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14 Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

# EXHIBIT "B"

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Mohammad Abouakar
**COMPLAINANT**

CHRO No. 2130297

vs.

EEOC No. 16A-2021-00399

Red Thread Spaces LLC
**RESPONDENT**

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: May 24, 2021

Tanya A. Hughes, Executive Director

Service:
Complainant's counsel: kabeckesq@yahoo.com
Respondent's counsel: hmurray@mccarter.com